Christopher G. Kelly (CK 3865)
Robert J. Burns (RB 1558)
Suhey I. Nevarez (SN 1981)
HOLLAND & KNIGHT LLP
195 Broadway
New York, New York  10007
(212) 513-3200

Attorneys for Defendant
JETBLUE AIRWAYS CORPORATION

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
GOKHAN MUTLU,

                Plaintiff,

     - against -

JETBLUE AIRWAYS CORPORATION,
PILOT, true identity unknown, and
FLIGHT ATTENDANT, true identity unknown,

                Defendants.
------------------------------------------------------------------------X

Civil Action No.

**RULE 7.1 DISCLOSURE
STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for defendant JetBlue Airways Corporation ("JetBlue") states that the following publicly held corporations own 10% of more of the stock of JetBlue: DEUTSCHE LUFTHANSA AG.

Dated: New York, New York
       June 10, 2008

                        Respectfully submitted,

                        HOLLAND & KNIGHT LLP

                 By: _____
                        Christopher G. Kelly (CK 3865)
                        Robert J. Burns (RB 1558)
                        Suhey I. Nevarez (SN 1981)
                        195 Broadway
                        New York, New York 10007
                        Phone No. (212) 513-3200
                        Fax No. (212) 385-9010

                        Attorneys for Defendant
                        JETBLUE AIRWAYS CORPORATION

# 5362706_v1