USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/08

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
GOKHAN MUTLU,

                Plaintiff,

    - against -

JETBLUE AIRWAYS CORPORATION,
PILOT, true identity unknown, and
FLIGHT ATTENDANT, true identity unknown,

                Defendants.
---------------------------------------------------------------X

08 CV 5312 (LAP)

NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Gohkan Mutlu hereby dismisses the above action without prejudice as to all parties and without costs to any party.

Dated: New York, New York
       June 16, 2008

                        AKIN & SMITH LLC

                By: _____
                        Zafer A. Akin, Esq.
                        305 Broadway, Suite 1101
                        New York, New York 10007
                        (212) 587-0760

                        Attorneys for Plaintiff Gokhan Mutlu

To: Holland & Knight LLP
     Attorneys for Defendant
     JetBlue Airways Corporation
     195 Broadway
     New York, New York 10007

SO ORDERED:

_____
U.S.D.J.

6/18/08

# 5406929_v1